PS 8
D/KS 1/14/21

PACTS 20195

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF KANSAS

U.S.A. vs. Jerome C. Vetaw                    Docket No. 1083 5:22CR40053-001

### Petition for Action on Conditions of Pretrial Release

COMES NOW Christina Stapp, U.S. Pretrial Services Officer, presenting an official report upon the conduct of defendant Jerome C. Vetaw, who was placed under pretrial release supervision by the Honorable Rachel E. Schwartz sitting in the court at Topeka, Kansas, on 09/06/2022, under the following conditions:

1. **The defendant must not violate federal, state, or local law while on release.**

2. **The defendant must participate in the Home Detention location restriction program and comply with its requirements as directed by the pretrial services office or supervising officer.**

3. **The defendant must continue or actively seek employment.**

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

1. On September 25, 2022, the defendant was arrested by the Topeka, Kansas Police Department and charged with Interference with Law Enforcement Officer and Disorderly Conduct. The defendant was booked into the Shawnee County Detention Center at approximately 7:10 p.m. with a bond set at $5,000.00 cash or surety.

2. On September 25, 2022, at approximately 6:19 p.m., the defendant left his residence without permission. According to the defendant's son, Arion Russell, the defendant walked to the park with no clothes on. The Topeka, Kansas Police Department was contacted, and the defendant was arrested.

3. On September 6, 2022, during the defendant's detention hearing, the parties advised the Court, the defendant was employed with Home Depot, therefore the Government withdrew their request for pretrial detention. On September 7, 2022, during the defendant's intake appointment, he provided Senior USPO Christina Stapp with a letter from Home Depot, confirming he was no longer employed with their company. The letter was dated September 1, 2022. To date, the defendant remains unemployed.

PRAYING THAT THE COURT WILL ORDER the issuance of a warrant for the defendant's arrest and he be required to appear and show cause as to why his bond should not be revoked.

Approved:

*/s/ John W. Deters*

John W. Deters, Supervisory U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     September 26, 2022

*/s/ Christina Stapp*

Christina Stapp
Senior U.S. Probation Officer
Place:     Topeka, Kansas

PS8    *Jerome C. Vetaw*                                                                                                                                        *2 of 2*

**ORDER OF COURT**

Considered and ordered this  26th  day of  September  20 22  and ordered filed and made a part of the records in the above case. The court's signature below denotes concurrence with the Pretrial Officer's above recommendation.
**If Petition results in the issuance of a Warrant, the Docket Entry, Petition and Warrant sealed and not to be distributed to counsel of record. Docket Entry, Petition and Warrant unsealed upon arrest.**

_____
Honorable Rachel E. Schwartz
Magistrate Judge

cc:  AUSA Jared Maag